# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WAYNE E. TRUELOVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:12-CV-370-TLS |
| | ) |
| JOHN DOES/JANE DOES, MARK R. HEFFELFINGER, and S. MICHAEL CARROLL | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the pro se Plaintiff's claim for destruction of personal property in violation of 42 U.S.C. § 1983 [ECF No. 1] filed on October 22, 2012.

This Court's review of the Magistrate's Report and Recommendation is governed by 28 U.S.C. § 636(b)(1)(C) which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

The statute also requires objections to the Magistrate's Report and Recommendations to be made within fourteen (14) days of service of a copy of the Report. *Id.* § 636(b)(1)(C).

Because the Plaintiff has not filed any objections to the Magistrate's Report, de novo review is not required. Therefore, the Court accepts the Magistrate's Report and Recommendations [ECF No. 53].

## CONCLUSION

For the foregoing reasons, the Magistrate's Report and Recommendation [ECF No. 53] is ACCEPTED, and the Plaintiff's claim for destruction of personal property in violation of 42

U.S.C. § 1983 [ECF No. 21] is DENIED. The Court ORDERS this matter DISMISSED. The Clerk will enter judgment in favor of the Defendant and against the Plaintiff. The Clerk is directed to send a copy of this Order to the Plaintiff at his last known address, 1973 County Road 14, Waterloo, Indiana 46793.

SO ORDERED on May 29, 2014.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION